UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:13-CR-042 JD |
| ) | |
| CHARLES HARTSELL, JR. ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on July 12, 2013 [DE 24]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Charles Hartsell, Jr.'s plea of guilty, and FINDS the defendant guilty of Counts 1, 2 and 3 of the Indictment, in violation of 18 U.S.C. §§ 641 and 1001, and 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED: August 6, 2013

/s/ JON E. DEGUILIO
Judge
United States District Court